Certificate Number: 05781-INN-DE-041204347

Bankruptcy Case Number: 26-21522



05781-INN-DE-041204347

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 13, 2026</u>, at <u>6:22</u> o'clock <u>PM PDT</u>, <u>Charles Podkul Sr</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Northern District of Indiana</u>.

Date:    <u>July 14, 2026</u>          By:      <u>/s/Allison M Geving</u>

Name:  <u>Allison M Geving</u>

Title:   <u>President</u>